MAY 7, 1979

No. 78–6167.  BAYLESS v. ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir.  Certiorari dismissed under this Court's Rule 60.

MAY 14, 1979

No. 78–1166.  CHURCH OF SCIENTOLOGY OF CALIFORNIA ET AL. v. BLUMENTHAL, SECRETARY OF THE TREASURY, ET AL. Affirmed on appeal from D. C. C. D. Cal.  MR. JUSTICE BLACKMUN and MR. JUSTICE STEVENS would note probable jurisdiction and set case for oral argument.

No. 78–1393.  CHERRY v. SECRETARY OF THE TREASURY. Affirmed on appeal from D. C. S. D. N. Y.

No. 78–895.  SATTERFIELD v. SUNNY DAY RESOURCES, INC. Sup. Ct. Wyo.  Appeal dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 78–1219.  MORRILL v. JANKLOW, GOVERNOR OF SOUTH DAKOTA.  Appeal from Sup. Ct. S. D. dismissed for want of substantial federal question.  MR. JUSTICE BRENNAN, MR. JUSTICE WHITE, and MR. JUSTICE BLACKMUN would note probable jurisdiction and set case for oral argument.

No. 78–1417.  HANSEN v. MINNESOTA STATE BOARD OF BAR EXAMINERS ET AL.  Appeal from Sup. Ct. Minn. dismissed for want of substantial federal question.